**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Todd, Gabrielle** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**West, Ernest** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **6538** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **0748** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**18442 Argyle Street**<br>**Homewood, IL**<br><div align="right">ZIPCODE **60430**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**18442 Argyle Street**<br>**Homewood, IL**<br><div align="right">ZIPCODE **60430**</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                               Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Todd, Gabrielle & West, Ernest** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  */s/ Michael B. Dedio*                                    2/23/15<br>    Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13) | Page 3

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Todd, Gabrielle & West, Ernest** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** /s/ Gabrielle Todd <br> Signature of Debtor                              **Gabrielle Todd** <br> **X** /s/ Ernest West <br> Signature of Joint Debtor                           **Ernest West** <br><br> Telephone Number (If not represented by attorney) <br> **February 23, 2015** <br> Date | **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| **X** /s/ Michael B. Dedio <br> Signature of Attorney for Debtor(s) <br><br> **Michael B. Dedio Illinois** <br> **Michael B. Dedio** <br>      **60406-2155** <br><br> **dediolaw@sbcglobal.net** <br><br><br> **February 23, 2015** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> _____ <br><br> **X** _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE __Todd, Gabrielle & West, Ernest_____     Case No. _____
                                               Debtor(s)                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **Todd, Gabrielle & West, Ernest**      Case No. _____
<div style="text-align:center">Debtor(s)</div>
<div style="text-align:right">(If known)</div>

<div style="text-align:center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

</div>

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **43194710** <br><br>**Credit Acceptance**<br>**Po Box 513**<br>**Southfield, MI 48037** | | W | **INSTALLMENT ACCOUNT OPENED 3/2012**<br><br>VALUE $ | | | | 4,805.00 | 4,805.00 |
| ACCOUNT NO. **479220901** <br><br>**Regional Acceptance Co**<br>**304 Kellm Road**<br>**Virginia Beach, VA 23462** | | | **INSTALLMENT ACCOUNT OPENED 1/2012**<br><br>VALUE $ | | | | 13,023.00 | 13,023.00 |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |

___**0**___ continuation sheets attached

Subtotal (Total of this page) $ 17,828.00   $ 17,828.00

Total (Use only on last page) $ 17,828.00   $ 17,828.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE Todd, Gabrielle & West, Ernest _____    Case No. _____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Todd, Gabrielle & West, Ernest**
_____
Debtor(s)                    Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**05027325** | | | **JUDGMENT ACCOUNT OPENED 0/** | | | | 3,078.00 | 3,078.00 | |
| ACCOUNT NO.<br>**COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1** | | | **JUDGMENT ACCOUNT OPENED 0/** | | | | 3,995.00 | 3,995.00 | |
| ACCOUNT NO.<br>**COOK LAW MAGISTRATE - CHICAGO** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 3,078.00 | 3,078.00 | |
| ACCOUNT NO.<br>**COOK LAW MAGISTRATE - CHICAGO** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 5,240.00 | 5,240.00 | |
| ACCOUNT NO.<br>**COOK LAW MAGISTRATE - CHICAGO** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 2,230.00 | 2,230.00 | |
| ACCOUNT NO.<br>**COOK LAW MAGISTRATE - CHICAGO** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 3,243.00 | 3,243.00 | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **20,864.00**    $ **20,864.00**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Todd, Gabrielle & West, Ernest**          Case No. _____
_____Debtor(s)_____                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COOK LAW MAGISTRATE - MARKHAM** | | | **CIVIL NEW FILING ACCOUNT OPENED 0/** | | | | 1,680.00 | 1,680.00 | |
| ACCOUNT NO.<br>**SUMMIT COUNTY MUNICIPAL COURT** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 897.00 | 897.00 | |
| ACCOUNT NO.<br>**SUMMIT COUNTY MUNICIPAL COURT** | | | **CIVIL JUDGMENT ACCOUNT OPENED 0/** | | | | 910.00 | 910.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **3,487.00**   $ **3,487.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **24,351.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **24,351.00**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

**IN RE** Todd, Gabrielle & West, Ernest _____ Case No. _____
<div align="center">Debtor(s)                                   (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

</div>

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4522367**<br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 12/2014** | | | | **1,096.00** |
| ACCOUNT NO. **4411183**<br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 9/2014** | | | | **408.00** |
| ACCOUNT NO. **3267441**<br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 8/2013** | | | | **101.00** |
| ACCOUNT NO. **874668**<br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | W | **OPEN ACCOUNT OPENED 4/2011** | | | | **100.00** |

__**8**__ continuation sheets attached

Subtotal
(Total of this page) $ **1,705.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Todd, Gabrielle & West, Ernest**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3780977**<br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 2/2014** | | | | 75.00 |
| ACCOUNT NO. **743485**<br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | W | **OPEN ACCOUNT OPENED 3/2010** | | | | 50.00 |
| ACCOUNT NO. **4300247**<br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 6/2014** | | | | 40.00 |
| ACCOUNT NO. **756590**<br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | W | **OPEN ACCOUNT OPENED 4/2010** | | | | 40.00 |
| ACCOUNT NO. **4110003**<br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL  60622** | | H | **OPEN ACCOUNT OPENED 4/2014** | | | | 25.00 |
| ACCOUNT NO. **337626538875086**<br>**Brazo/glelsi**<br>**Po Box 7860**<br>**Madison, WI  53707** | | H | **INSTALLMENT ACCOUNT OPENED 8/2005** | | | | 0.00 |
| ACCOUNT NO. **538875086**<br>**Brazos/glelsi**<br>**Po Box 7860**<br>**Madison, WI  53707** | | H | **INSTALLMENT ACCOUNT OPENED 8/2005** | | | | 0.00 |

Sheet no. **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **230.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Todd, Gabrielle & West, Ernest** _____   Case No. _____
<div style="text-align:center">Debtor(s)</div>                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **337626538852806** <br> **Brazos/glhec** <br> **2401 International** <br> **Madison, WI 53704** | | H | **INSTALLMENT ACCOUNT OPENED 8/2001** | | | | **0.00** |
| ACCOUNT NO. **5178058007334801** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | W | **REVOLVING ACCOUNT OPENED 5/2011** | | | | **571.00** |
| ACCOUNT NO. **5178059672556926** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | H | **REVOLVING ACCOUNT OPENED 12/2014** | | | | **256.00** |
| ACCOUNT NO. **5155990045761347** <br> **Cap One** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | | H | **REVOLVING ACCOUNT OPENED 1/2011** | | | | **0.00** |
| ACCOUNT NO. **5178052445535863** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | H | **REVOLVING ACCOUNT OPENED 6/2004** | | | | **0.00** |
| ACCOUNT NO. **25251074000109144** <br> **Chgo Are Ocu** <br> **600 W Madison** <br> **Chicago, IL 60661** | | H | **INSTALLMENT ACCOUNT OPENED 10/2014** | | | | **1,000.00** |
| ACCOUNT NO. **350422** <br> **Coll Unlmtd** <br> **2000 S Dairy Ashfo** <br> **Houston, TX 77077** | | H | **OPEN ACCOUNT OPENED 0/** | | | | **0.00** |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,827.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Todd, Gabrielle & West, Ernest**

_____ Debtor(s)    Case No. _____
                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **617369478**<br>**Credit First N A**<br>**6275 Eastland Rd**<br>**Brookpark, OH  44142** | | H | **REVOLVING ACCOUNT OPENED 10/2010** | | | | 0.00 |
| ACCOUNT NO. **94290860511e00120090514**<br>**Dpt Ed/slm**<br>**Po Box 9635**<br>**Wilkes Barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 5/2009** | | | | 0.00 |
| ACCOUNT NO. **94290860511e00220121114**<br>**Dpt Ed/slm**<br>**Po Box 9635**<br>**Wilkes Barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 11/2012** | | | | 0.00 |
| ACCOUNT NO. **9238950793fd00003**<br>**Fed Loan Serv**<br>**Po Box 60610**<br>**Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 11/2012** | | | | 3,707.00 |
| ACCOUNT NO. **9238950793fd00002**<br>**Fed Loan Serv**<br>**Po Box 60610**<br>**Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 2/2011** | | | | 69,992.00 |
| ACCOUNT NO. **9238950793fd00001**<br>**Fedloan**<br>**Po Box 60610**<br>**Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 2/2011** | | | | 28,631.00 |
| ACCOUNT NO. **5178007705086940**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | W | **REVOLVING ACCOUNT OPENED 4/2007** | | | | 0.00 |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **102,330.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Todd, Gabrielle & West, Ernest**
_____
Debtor(s)          Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **538852806**<br>**Glelsi/brazos Hgher Ed**<br>**Po Box 7860**<br>**Madison, WI 53707** | | H | **INSTALLMENT ACCOUNT OPENED 8/2001** | | | | **0.00** |
| ACCOUNT NO. **538809921**<br>**Glelsi/pnc Bank**<br>**Po Box 7860**<br>**Madison, WI 53707** | | H | **INSTALLMENT ACCOUNT OPENED 5/2007** | | | | **0.00** |
| ACCOUNT NO. **19864759**<br>**Harris &amp; Harris Ltd**<br>**111 W Jackson Blvd S-400**<br>**Chicago, IL 60604** | | W | **OPEN ACCOUNT OPENED 11/2012** | | | | **1,915.00** |
| ACCOUNT NO. **20308167**<br>**Harris &amp; Harris Ltd**<br>**111 W Jackson Blvd S-400**<br>**Chicago, IL 60604** | | W | **OPEN ACCOUNT OPENED 2/2013** | | | | **1,659.00** |
| ACCOUNT NO. **897001**<br>**Hsbc/tax**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | W | **OPEN ACCOUNT OPENED 2/1997** | | | | **0.00** |
| ACCOUNT NO. **2307507005948252**<br>**Hsbc/tax**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | | **OPEN ACCOUNT OPENED 1/2007** | | | | **0.00** |
| ACCOUNT NO. **43431447001**<br>**I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | H | **OPEN ACCOUNT OPENED 3/2012** | | | | **47.00** |

Sheet no. **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,621.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Todd, Gabrielle & West, Ernest**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **14sir439** <br><br> **Jvdb Asc** <br> **P O Box 5718** <br> **Elgin, IL 60121** | | H | OPEN ACCOUNT OPENED 0/ | | | | 1,285.00 |
| ACCOUNT NO. **24879** <br><br> **Law Office Of Snyder &amp;** <br> **120 E Ogden Ave Ste 17b** <br> **Hinsdale, IL 60521** | | W | OPEN ACCOUNT OPENED 2/2013 | | | | 0.00 |
| ACCOUNT NO. <br><br> **Paycheck Direct** <br> **6250 Ridgewood Road** <br> **St. Cloud, MN 56303** | | J | | | | | 0.00 |
| ACCOUNT NO. **337626538809921** <br><br> **Pncbnk/glels** <br> **Po Box 7860** <br> **Madison, WI 53707** | | H | INSTALLMENT ACCOUNT OPENED 5/2007 | | | | 0.00 |
| ACCOUNT NO. **5155990045761347** <br><br> **Portfolio Recovery Ass** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502** | | H | OPEN ACCOUNT OPENED 4/2013 | | | | 373.00 |
| ACCOUNT NO. <br><br> **Progressive Financial** <br> **11629 S 700 East** <br> **Draper, UT 84020** | | J | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sir Fiinance** <br> **424 West 31st Street** <br> **Chicago, I, IL 60616** | | J | | | | | 0.00 |

Sheet no. **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,658.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Todd, Gabrielle & West, Ernest** _____   Case No. _____
                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9429086051100032 0080827**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 8/2008** | | | | 0.00 |
| ACCOUNT NO. **9429086051100042 0081017**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 10/2008** | | | | 0.00 |
| ACCOUNT NO. **9429086051100052 0090402**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 4/2009** | | | | 0.00 |
| ACCOUNT NO. **9429086051100012 0080805**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 8/2008** | | | | 0.00 |
| ACCOUNT NO. **9429086051100022 0080827**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 8/2008** | | | | 0.00 |
| ACCOUNT NO. **9429086051100072 0090514**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 5/2009** | | | | 0.00 |
| ACCOUNT NO. **9429086051100062 0090402**<br><br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA  18773** | | H | **INSTALLMENT ACCOUNT OPENED 4/2009** | | | | 0.00 |

Sheet no. _____**6**_ of ____**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Todd, Gabrielle & West, Ernest                                   Case No. _____
             Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **35069270**<br><br>**Sw Crdt Sys**<br>**5910 W Plano Pkwy**<br>**Plano, TX  75093** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **738.00** |
| ACCOUNT NO. **700001888258149**<br><br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **INSTALLMENT ACCOUNT OPENED 2/2011** | | | | **0.00** |
| ACCOUNT NO. **700001888258049**<br><br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **INSTALLMENT ACCOUNT OPENED 2/2011** | | | | **0.00** |
| ACCOUNT NO. **3376265381**<br><br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX  75403** | | H | **INSTALLMENT ACCOUNT OPENED 2/2011** | | | | **0.00** |
| ACCOUNT NO. **26524151**<br><br>**Us Employees Cr Un**<br>**230 S Dearborn St Ste 29**<br>**Chicago, IL  60604** | | H | **INSTALLMENT ACCOUNT OPENED 7/2012** | | | | **0.00** |
| ACCOUNT NO. **26524150**<br><br>**Us Employees Cr Un**<br>**230 S Dearborn St Ste 29**<br>**Chicago, IL  60604** | | H | **INSTALLMENT ACCOUNT OPENED 6/2010** | | | | **0.00** |
| ACCOUNT NO. **37959940120**<br><br>**Usa Discounters Ltd**<br>**3320 Holland Rd**<br>**Virginia Beach, VA  23452** | | H | **INSTALLMENT ACCOUNT OPENED 10/2014** | | | | **1,588.00** |

Sheet no. **7** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,326.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Todd, Gabrielle & West, Ernest**
_____     Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **28803334800001**<br><br>**Verizon Wireless**<br>**1 Verizon Pl**<br>**Alpharetta, GA  30004** | | W | **OPEN ACCOUNT OPENED 12/2013** | | | | **1,662.00** |
| ACCOUNT NO. **6276456029464862**<br><br>**Webbank/fingerhut**<br>**6250 Ridgewood Rd**<br>**Saint Cloud, MN  56303** | | H | **REVOLVING ACCOUNT OPENED 7/2007** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,662.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **115,359.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 __Gabrielle  Todd__
First Name            Middle Name            Last Name

Debtor 2 __Ernest  West__
(Spouse, if filing) First Name       Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM  /  DD  /  YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $_____0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $_____0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $_____0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $_____0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $_____0.00 |

Debtor 1   **Gabrielle  Todd** _____   Case number *(if known)* _____
First Name      Middle Name        Last Name

| | | **Your expenses** |
|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans      5.   $_____ **0.00** _____

6.  **Utilities:**

   6a.   Electricity, heat, natural gas      6a.   $_____ **0.00** _____

   6b.   Water, sewer, garbage collection      6b.   $_____ **0.00** _____

   6c.   Telephone, cell phone, Internet, satellite, and cable services      6c.   $_____ **0.00** _____

   6d.   Other. Specify: _____      6d.   $_____ **0.00** _____

7.  **Food and housekeeping supplies**      7.   $_____ **0.00** _____

8.  **Childcare and children's education costs**      8.   $_____ **0.00** _____

9.  **Clothing, laundry, and dry cleaning**      9.   $_____ **0.00** _____

10.  **Personal care products and services**      10.   $_____ **0.00** _____

11.  **Medical and dental expenses**      11.   $_____ **0.00** _____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.      12.   $_____ **0.00** _____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**      13.   $_____ **0.00** _____

14.  **Charitable contributions and religious donations**      14.   $_____ **0.00** _____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance      15a.   $_____ **0.00** _____

   15b.   Health insurance      15b.   $_____ **0.00** _____

   15c.   Vehicle insurance      15c.   $_____ **0.00** _____

   15d.   Other insurance. Specify: _____      15d.   $_____ **0.00** _____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____      16.   $_____ **0.00** _____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1      17a.   $_____ **0.00** _____

   17b.   Car payments for Vehicle 2      17b.   $_____ **0.00** _____

   17c.   Other. Specify: _____      17c.   $_____ **0.00** _____

   17d.   Other. Specify: _____      17d.   $_____ **0.00** _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**      18.   $_____ **0.00** _____

19.  **Other payments you make to support others who do not live with you.**
Specify: _____      19.

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property      20a.   $_____ **0.00** _____

   20b.   Real estate taxes      20b.   $_____ **0.00** _____

   20c.   Property, homeowner's, or renter's insurance      20c.   $_____ **0.00** _____

   20d.   Maintenance, repair, and upkeep expenses      20d.   $_____ **0.00** _____

   20e.   Homeowner's association or condominium dues      20e.   $_____ **0.00** _____

Debtor 1    **Gabrielle  Todd**_____    Case number *(if known)*_____
            First Name    Middle Name    Last Name

21.    **Other**. Specify: _____    21.    **+**$_____**0.00**_____

22.    **Your monthly expenses.** Add lines 4 through 21.    22.    $_____**0.00**_____
       The result is your monthly expenses.

23.    **Calculate your monthly net income.**

       23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____**0.00**_____

       23b.    Copy your monthly expenses from line 22 above.    23b.    **−**$_____**0.00**_____

       23c.    Subtract your monthly expenses from your monthly income.    23c.    $_____**0.00**_____
               The result is your *monthly net income*.

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

       For example, do you expect to finish paying for your car loan within the year or do you expect your
       mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

       ☑ No.
       ☐ Yes.    **None**

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                    Case No. _____

**Todd, Gabrielle & West, Ernest** _____          Chapter **13** _____
                                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

                                                       Number of Creditors _____ **41**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **February 23, 2015** _____       **/s/ Gabrielle  Todd** _____
                                                    Debtor


                                                    **/s/ Ernest  West** _____
                                                    Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Todd, Gabrielle
18442 Argyle Street
Homewood, IL  60430

Cap One
Po Box 30253
Salt Lake City, UT  84130

Glelsi/brazos Hgher Ed
Po Box 7860
Madison, WI  53707

West, Ernest
18442 Argyle Street
Homewood, IL  60430

Check N Go
320 Ridge Road
Munster, IN  46321

Glelsi/pnc Bank
Po Box 7860
Madison, WI  53707

Michael B. Dedio
   60406-2155

Chgo Are Ocu
600 W Madison
Chicago, IL  60661

Harris &amp; Harris Ltd
111 W Jackson Blvd S-400
Chicago, IL  60604

AAA Checkmate
7647 West 63rd Street
Summit, IL  60501

Coll Unlmtd
2000 S Dairy Ashfo
Houston, TX  77077

Hsbc/tax
90 Christiana Road
New Castle, DE  19720

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL  60622

Credit Acceptance
Po Box 513
Southfield, MI  48037

I C System Inc
Po Box 64378
Saint Paul, MN  55164

Brazo/glelsi
Po Box 7860
Madison, WI  53707

Credit First N A
6275 Eastland Rd
Brookpark, OH  44142

Illinois Lending
724 West Washington 1st Floor
Chicago, IL  60661

Brazos/glelsi
Po Box 7860
Madison, WI  53707

Dpt Ed/slm
Po Box 9635
Wilkes Barre, PA  18773

Jvdb Asc
P O Box 5718
Elgin, IL  60121

Brazos/glhec
2401 International
Madison, WI  53704

Fed Loan Serv
Po Box 60610
Harrisburg, PA  17106

Law Office Of Snyder &amp;
120 E Ogden Ave Ste 17b
Hinsdale, IL  60521

Brother Loan & Finance
7641 West 63rd Street
Summit, IL  60501

Fedloan
Po Box 60610
Harrisburg, PA  17106

Luther Sales
129 Oser Avenue Ste A
Hauppauge, NY  11788

Cap One
Po Box 85520
Richmond, VA  23285

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107

Opportunity Financial
11 East Adams Street Suite 501
Chicago, IL  60603

**Paycheck Direct**
**6250 Ridgewood Road**
**St. Cloud, MN 56303**

**Us Employees Cr Un**
**230 S Dearborn St Ste 29**
**Chicago, IL 60604**

**Pncbnk/glels**
**Po Box 7860**
**Madison, WI 53707**

**Usa Discounters Ltd**
**3320 Holland Rd**
**Virginia Beach, VA 23452**

**Portfolio Recovery Ass**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

**Verizon Wireless**
**1 Verizon Pl**
**Alpharetta, GA 30004**

**Progressive Financial**
**11629 S 700 East**
**Draper, UT 84020**

**Webbank/fingerhut**
**6250 Ridgewood Rd**
**Saint Cloud, MN 56303**

**Purchasing Power**
**1375 Peachtree St**
**Atlanta, GA 30309**

**Regional Acceptance Co**
**304 Kellm Road**
**Virginia Beach, VA 23462**

**Sir Fiinance**
**424 West 31st Street**
**Chicago, I, IL 60616**

**Slm Financial Corp**
**Po Box 9500**
**Wilkes-barre, PA 18773**

**Sw Crdt Sys**
**5910 W Plano Pkwy**
**Plano, TX 75093**

**Us Dept Of Education**
**Po Box 5609**
**Greenville, TX 75403**